# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:  Robert S Bennett

**Debtor(s)**

Case No.: 08–35285

Chapter:   13

---

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/26/10

MARVIN ISGUR
United States Bankruptcy Judge